# Exhibit "B"

 # State of Delaware
The Official Website for the First State



Visit the Governor | General Assembly | Courts | Other Elected Officials | Federal, State & Local Sites

State Directory | Help | Search Delaware :    Citizen Services | Business Services | Visitor Info

**Department of State: Division of Corporations**

**HOME**
About Agency
Secretary's Letter
Newsroom
Frequent Questions
Related Links
Contact Us
Office Location

**SERVICES**
Pay Taxes
File UCC's
Delaware Laws Online
Name Reservation
General Information
Status
Validate Certificate

**INFORMATION**
Corporate Forms
Corporate Fees
UCC Forms and Fees
UCC Searches
Taxes
Expedited Services
Service of Process
Registered Agents
Get Corporate Status
Submitting a Request

### Frequently Asked Questions

To retrieve information on a Delaware entity, Key in the name of the entity you are searching. The search results will return both active and inactive entities from our database. This is not an indication of the current status of an entity. The information provided in this application is real time and reflects the information on our database as of the date of the search. When the list of names is returned click the name and the information page will be returned.

The entity information provided on this website, free of charge, consists of the entity name, file number, incorporation/formation date, registered agent name, address, phone number and residency.

However, additional information can be obtained for a fee.

If you would like to order a Certificate of Status, Certified Copy of a filed document or a Plain Copy of same, please contact a Delaware online agent. Please click here.

For more information please read the Frequently Asked Questions page.

## General Information Name Search

**No matches found. Please try a new search.**

* Entity Name:  CENTRAL PENNSYLVANIA TEA   or File Number:

This field is not case sensitive.

[ Search ]

site map | about this site | contact us | translate | delaware.gov

https://sos-res.state.de.us/tin/controller                                                     5/4/2007



# New Jersey State Business Gateway Service
## Corporate and Business Information Reporting

» **Home**

Learn About...

» Gateway Watch Services

» Business List Services

Access Services...

» Gateway Watch & Name Search

» Business List Search

View Cart...

» Shopping Cart

» Your History

## Search Business Names and Access the Gateway Watch

**Information Disclaimer:** The NJBGS is offered solely for general information purposes. The information furnished throught this service should not be construed as a certified copy of any public record. Such certifications may only be obtained throught the Treasurer. In situations in which the accuracy and reliability of the information contained in these records is of paramount importance, the public is advised to obtain copies of the public record certified as true and correct by the Treasurer.

There were no records found that meet your search criteria.

 Select ONE search criterion from the lists below:

 **Business Entity Search**     **UCC Search**     **Trade Name & T**
**Service Mark Sea**

◉ Business Entity Name         ○ Debtor Name/Debtor Location         ○ Name/Business Locati
○ ID Number                                                                              ◉ Name/Filing Date
○ Associated Name*            ○ Debtor Name/Filing Date              ○ Owner Name/Location
  (Alternate or Previous Name) ○ UCC Filing Number
○ Officer/Director Name*

*When you search an Associated or Officer/Director Name, a list of business entity names associated with the name searched will be displayed.

 Enter search text below:

Enter Text: Central Pennsylvania Teamsters

Learn how to perform a search

**3** Click "Go" to retrieve results



---

Privacy Policy

# NYS Department of State

## Division of Corporations

Informational Message

---

No business entities were found.

Please refine your search criteria.

To continue please do the following:

Tab to Ok and press the Enter key or Click Ok.

Ok

Division of Corporations, State Records and UCC Home Page    NYS Department of State Home Page

# Exhibit "C"



# Preferred Medication List
# 2007

Printed: December 2006

# HOW TO USE YOUR FORMULARY

**DEVELOPMENT OF THE DRUG FORMULARY**
The Drug Formulary is the cornerstone of drug therapy quality assurance and cost containment efforts. The Drug Formulary process has been successfully used by hospitals and managed care organizations to provide comprehensive, cost-effective pharmacy services.

The Drug Formulary document was developed by the DAKOTACARE Pharmacy and Therapeutics Committee (P&T Committee). This committee, composed of physicians from various medical specialties, reviewed the medications in all therapeutic categories based on safety, effectiveness, and cost and selected the most cost-effective agent(s) in each class.

Formulary development and maintenance is a dynamic process. The P&T Committee will regularly review new and existing medications to ensure the Formulary remains responsive to the needs of our members and providers. Information on updates to the Formulary during the calendar year will be made available by newsletter notification and on the DAKOTACARE website at www.DAKOTACARE.com.

The prescription medications which are included on the DAKOTACARE Drug Formulary may be amended by DAKOTACARE at any time without notice to the member.

As you use the Formulary, we invite your suggestions to improve the format or content. Thank you for your cooperation.

**DRUG FORMULARY MEDICATIONS**
The Drug Formulary is a listing of medications marketed at the time of the Formulary printing and intended for use by the health plan physicians and pharmacy providers. Unless exceptions are noted, all forms (tablet, capsule, liquid, and topical) and strengths of a drug product are included in the Formulary and will be covered by the plan.

The Drug Formulary primarily applies to prescription medications dispensed to outpatients by participating pharmacies; however, it may apply to medications obtained from and/or administered by a physician. The Formulary does not apply to inpatient medications.

**The Drug Formulary on this website is comprised of the top eight hundred (800) most prescribed drugs from Express Scripts Incorporated (ESI) Managed Care Division which includes DAKOTACARE. For medications not listed, please reference the formulary lookup tool to determine whether a specific medication is formulary or non-formulary or contact ESI customer service at 1-877-212-9529.**

**Non-Prescription Medication (OTC) Policy**
Over-the-counter (OTC) products are not covered, but some are listed for informational purposes. (When available, non-prescription products may be less costly to the member than a covered product.) Also, if a prescription product is available in the identical strength, dosage form, and active ingredient(s) as an OTC product, the prescription product will not be covered. In these instances, physicians and pharmacists should refer members to the OTC equivalent product. If the member or physician insists on the prescription equivalent product, the member must pay the entire cost of the prescription.

---

*"Lifestyle"/Group II drugs*
Tier 1 = generics
PAR = Prior Authorization Required

Generic substitution required (highlighted in green*)
Tier 2 = formulary brand
QL = Quantity Limit

Generic available [listed in red (M)]
Tier 3 = non formulary brand
ST= Step Therapy Program


**EXPRESS SCRIPTS®**

# 2007 Express Scripts High Performance Formulary

The following is a list of the most commonly prescribed drugs. It represents an abbreviated version of the drug list (formulary) that is at the core of your prescription-drug benefit plan. The list is not all-inclusive and does not guarantee coverage. In addition to using this list, you are encouraged to ask your doctor to prescribe generic drugs whenever appropriate.

**PLEASE NOTE:** The symbol * next to a drug signifies that it is subject to nonformulary status when a generic is available throughout the year. Not all the drugs listed are covered by all prescription-drug benefit programs; check your benefit materials for the specific drugs covered and the copayments for your prescription-drug benefit program. For specific questions about your coverage, please call the phone number printed on your ID card.

## A

ABILIFY (excluding Discmelt & solution)
acetaminophen w/codeine
acetazolamide
ACTIVELLA
ACTONEL, WITH CALCIUM
acyclovir
ADDERALL XR*
ADVAIR DISKUS
albuterol
ALPHAGAN P
aluminum chloride
amantadine
aminophylline
amitriptyline
ammonium lactate
amox tr/potassium clavulanate
amoxicillin
antipyrine w/benzocaine
apri
aranelle
ARANESP [INJ]
ARICEPT
ASACOL
ASCENSIA AUTODISC
ASCENSIA BREEZE
ASCENSIA CONTOUR SYSTEM
ASCENSIA ELITE, XL
ASTELIN
atenolol, -chlorthalidone
AVANDAMET
AVANDIA
AVELOX
aviane
AVODART
azathioprine
azithromycin

## B

benazepril, /hctz
BENICAR [ST]
benzonatate
benzoyl peroxide
betamethasone
BETASERON [INJ]
bisoprolol fumarate/hctz
BRAVELLE [INJ]
brimonidine tartrate
bupropion, sr
butalbital/apap/caffeine
BYETTA [INJ]

## C

camila
CANASA
captopril, /hctz
carbamazepine
carisoprodol
cefadroxil
cefpodoxime
cefprozil
cefuroxime
CELEBREX [ST]
CELLCEPT
cephalexin
cesia
chloral hydrate
chlorzoxazone
cholestyramine
choline mag trisalicylate
chorionic gonadotropin [INJ]
ciclopirox
cilostazol
cimetidine
CIPRO HC
CIPRODEX
ciprofloxacin
citalopram
clarithromycin
clindamycin phosphate
clobetasol propionate
clomiphene citrate
clonidine hcl
clotrimazole/betamethasone
clotrimazole troche
colestipol
COMBIVENT
COREG*
CREON
CRESTOR [ST]
cromolyn sodium
cryselle
cyclobenzaprine hcl
cyclosporine, modified
CYMBALTA [SNRI][ST]

## D

DEPAKOTE
desmopressin acetate
desonide
desoximetasone
dextroamphetamine sulfate
diclofenac sodium
dicyclomine hcl
diflunisal
diltiazem, extended release
DIOVAN [ST]
diphenhydramine
dipyridamole
DITROPAN XL*
doxepin hcl

## E

EDEX [INJ]
enalapril, hctz
enpresse
EPIPEN, JR [INJ]
errin
erythromycin
erythromycin/benzoyl perox.
estradiol, tds
estropipate
etidronate disodium
etodolac
EUFLEXXA [INJ]
EXELON

## F

famotidine
felodipine er
fentanyl citrate
fexofenadine
FINACEA
finasteride
fluconazole
fluocinonide
fluorouracil
fluoxetine hcl
fluticasone nasal spray
fluticasone propionate
fluvoxamine maleate
folic acid
FORADIL
FORTEO [INJ]
fosinopril, /hctz

## G

gabapentin
GANIRELIX ACETATE [INJ]
gemfibrozil
gentamicin sulfate
glimepiride
glipizide, er, xl
GLUCOMETER DEX
GLUCOMETER ELITE
GLUCOMETER ENCORE
glyburide, micronized
glyburide/metformin
guaifenesin w/pseudoephedrine

## H

haloperidol
HUMIRA [INJ]
hydrochlorothiazide
hydrocodone w/guaifenesin
hydrocodone/acetaminophen
hydrocortisone
hydroxyurea
hyoscyamine sulfate

## I

ibuprofen
imipramine
IMITREX*
indomethacin
INNOPRAN XL
ipratropium bromide
isotretinoin
itraconazole

## J

jolivette
junel, fe

## K

kariva
kelnor
ketoconazole

## L

labetalol hcl
lactulose
lamotrigine
leena
lessina
leucovorin
leuprolide acetate [INJ]
LEVEMIR vials only [INJ]
LEVITRA
levora
levothyroxine sodium
LEVOXYL
lisinopril, /hctz
lovastatin
low-ogestrel
LUMIGAN
lutera

## M

meclizine hcl
medroxyprogesterone acetate
megestrol
meloxicam
MENEST
MENOPUR [INJ]
mercaptopurine
MERIDIA*
METADATE CD*
metaproterenol
metformin, er
methocarbamol
methotrexate
methylphenidate hcl
methylprednisolone
metoclopramide hcl
metolazone
metoprolol, hctz
metronidazole cream
microgestin, fe
mirtazapine, soltab
mometasone
mononessa
morphine sulfate

## N

nabumetone
naproxen
NASONEX
necon
neomycin/polymyxin/dexamethasone
neomycin/polymyxin/hc
NIASPAN
nifedipine er
nitrofurantoin macrocrystal
nizatidine
nora-be
nortrel
NOVAREL [INJ]
NOVOFINE 30
NOVOLIN vials only [INJ]
NOVOLOG vials only [INJ]
nystatin
nystatin w/triamcinolone

## O

ofloxacin
ogestrel
OMACOR
omeprazole
orphenadrine citrate
oxybutynin chloride
oxycodone w/acetaminophen
OXYCONTIN

## P

paroxetine
peg 3350/electrolyte
PEGASYS [INJ]
penicillin v potassium
PENTASA
perphenazine
phentermine hcl
phenytoin sodium, extended
PHOSLO
pilocarpine hcl
PLAVIX*
polymyxin b sul/trimethoprim
portia
PRANDIN
pravastatin
PRECISION SURE DOSE
prednisolone acetate
prednisolone sodium phosphate
prednisone

(continued)

---

THIS DOCUMENT LIST IS EFFECTIVE JAN. 1, 2007 THROUGH DEC. 31, 2007. THIS LIST IS SUBJECT TO CHANGE.
The symbol [G] next to a drug name signifies that a generic is available for at least one or more strengths of the brand-name medication. Most generics are available at the lowest copayment.
You can get more information and updates to this document at our web site at www.express-scripts.com.

© 2007 Express Scripts, Inc.
All Rights Reserved

PRMT22782-07 (10/01/06)

| | |
|---|---|
| PREGNYL [INJ] | temazepam |
| PREMPHASE | TESTIM |
| PREMPRO | theophylline, anhydrous, er |
| previfem | |
| PROAIR HFA | thioguanine |
| prochlorperazine | thioridazine hcl |
| PROCRIT [INJ] | thiothixene |
| promethazine hcl | thyroid |
| promethazine w/codeine | timolol maleate |
| promethazine w/dm | tobramycin sulfate |
| PROMETRIUM | TOPAMAX |
| propranolol hcl, w/hctz | TOPROL XL* |
| PROTOPIC [ST] | trazodone hcl |
| PROVENTIL HFA | tretinoin |
| pseudoephedrine w/chlorpheniramine | triamcinolone acetonide |
| | trifluoperazine hcl |
| PULMICORT | TRIGLIDE |
| | trimethobenzamide |
| **Q** | trimethoprim |
| | trinessa |
| quinapril | tri-previfem |
| quinaretic | tri-sprintec |
| QVAR | trivora |
| | TRUSOPT |
| **R** | TWINJECT [INJ] |
| ranitidine | **U** |
| REBIF [INJ] | |
| reclipsen | UNIPHYL |
| RENAGEL | urea |
| REPRONEX [INJ] | UROXATRAL |
| ribasphere | URSO, FORTE |
| ribavirin | |
| rimantadine | **V** |
| RISPERDAL (excluding M-tabs) | velivet |
| | venlafaxine |
| **S** | VENTOLIN HFA |
| | verapamil hcl |
| SAIZEN [INJ] | VOLTAREN ophthalmic |
| salsalate | VYTORIN [ST] |
| selenium sulfide | |
| serophene | **W** |
| SEROQUEL | |
| sertraline | warfarin |
| simvastatin | |
| SINGULAIR [ST] | **X** |
| SKELAXIN* | |
| sodium sulfacetamide/sulfur | XENICAL |
| solia | **Z** |
| SONATA | |
| SPIRIVA | ZADITOR |
| sronyx | ZETIA |
| STRATTERA [ST] | ZOFRAN, ODT* |
| SULAR [ST] | ZOMIG, ZMT |
| sulfacetamide sodium | zovia |
| sulfasalazine | ZYLET |
| SYMLIN [INJ] | ZYMAR |
| | ZYPREXA (excluding Zydis) |
| **T** | |
| TAMIFLU | |
| tamoxifen | |
| TAZORAC | |
| TEGRETOL XR | |

### Examples of Nonformulary Medications With Selected Formulary Alternatives

The following is a list of some nonformulary brand-name medications with examples of selected alternatives that are on the formulary.

Column 1 lists examples of nonformulary medications.
Column 2 lists some alternatives that can be prescribed.

Thank you for your compliance.

| Nonformulary | Formulary Alternative | Nonformulary | Formulary Alternative |
|---|---|---|---|
| ACCOLATE | Singulair [ST] | HYZAAR | Benicar [ST] + hctz, Diovan [ST] + hctz |
| ACCU-CHEK | Ascensia/Glucometer | IOPIDINE | brimonidine tartrate, Alphagan P, Trusopt |
| ACEON | Generic Ace Inhibitor | ISTALOL | timolol maleate |
| ACIPHEX | omeprazole | KETEK | clarithromycin |
| ACTOPLUS met | Avandamet | KYTRIL | Zofran* |
| ACTOS | Avandia | LAMISIL tabs | itraconazole |
| ACULAR, LS, PF | Voltaren Ophthalmic | LANTUS | Levemir vials |
| ADVICOR | lovastatin+Niacin, Niaspan | LESCOL, XL | lovastatin, pravastatin, simvastatin, Crestor [ST], Vytorin [ST] |
| AEROBID, M | Pulmicort, Qvar | | |
| AGGRENOX | aspirin+dipyridamole | LEVAQUIN | ciprofloxacin, ofloxacin, Avelox |
| ALAMAST | cromolyn sodium, Zaditor | LEVEMIR flexpen | Levemir vials |
| ALLEGRA | fexofenadine | LEXAPRO | citalopram (immediate release) |
| ALLEGRA-D | loratadine-d | LEXXEL | enalapril+generic CCB |
| ALOCRIL | cromolyn sodium, Zaditor | LIPITOR | lovastatin, pravastatin, simvastatin, Crestor [ST], Vytorin [ST] |
| ALOMIDE | cromolyn sodium, Zaditor | | |
| ALORA | Generic patches | LOFIBRA | gemfibrozil, Triglide |
| ALREX | Generic steroids | LOTREL | Generic Ace Inhibitor + CCB |
| ALTACE | Generic Ace Inhibitor | LUNESTA | Sonata |
| ALTOPREV | lovastatin, pravastatin, simvastatin, Crestor [ST], Vytorin [ST] | MAVIK | Generic Ace Inhibitor |
| | | MAXAIR AUTOHALER | Proair HFA, Proventil HFA, Ventolin HFA |
| AMBIEN, CR | Sonata | MAXALT, MLT | Imitrex*, Zomig/ZMT |
| AMERGE | Imitrex*, Zomig/ZMT | MAXAQUIN | ciprofloxacin, ofloxacin, Avelox |
| ANDRODERM | Testim | MENOSTAR | Generic patches |
| ANDROGEL | Testim | METAGLIP | glipizide-metformin |
| ANTARA | gemfibrozil, Triglide | METROCREAM, GEL, LOTION | metronidazole |
| ANZEMET | Zofran* | MIACALCIN nasal | fortical, Actonel |
| APIDRA | Novolog vials | MICARDIS | Benicar [ST], Diovan [ST] |
| ASMANEX | Pulmicort, Qvar | MICARDIS HCT | Benicar [ST] + hctz, Diovan [ST] + hctz |
| ATACAND | Benicar [ST], Diovan [ST] | MOBIC | meloxicam |
| ATACAND HCT | Benicar [ST] + hctz, Diovan [ST] + hctz | MUSE | Edex, Levitra |
| AUGMENTIN XR | amox tr/potassium clavulanate | NASACORT AQ | fluticasone nasal spray, Nasonex |
| AVALIDE | Benicar [ST] + hctz, Diovan [ST] + hctz | NASAREL | fluticasone nasal spray, Nasonex |
| AVAPRO | Benicar [ST], Diovan [ST] | NEVANAC | Voltaren Ophthalmic |
| AVITA | tretinoin | NEXIUM | omeprazole |
| AXERT | Imitrex*, Zomig/ZMT | NORDITROPIN | Saizen |
| AZELEX | tretinoin | NOROXIN | ciprofloxacin, ofloxacin, Avelox |
| AZMACORT | Pulmicort, Qvar | NORVASC | felodipine er, nifedipine er, Sular [ST] |
| AZOPT | Generics, Alphagan P, Trusopt | NOVOLIN cartridge, pen, syringe | Novolin vial |
| BECONASE AQ | fluticasone nasal spray, Nasonex | | |
| BENICAR HCT | Benicar [ST] + hctz, Diovan [ST] + hctz | NOVOLOG cartridges, pen, syringe | Novolog vial |
| BENZACLIN | benzoyl peroxide + clindamycin | | |
| BETIMOL | betaxolol, timolol, other generics | NUTROPIN | Saizen |
| BIAXIN, XL | clarithromycin | OMNICEF | amox tr/potassium clavulanate |
| BONIVA tab | Actonel | ONETOUCH | Ascensia/Glucometer |
| CADUET | CCB + HMG combination - CCB - felodipine er, nifedipine er, Sular [ST], HMG - simvastatin, Crestor [ST] | OPTIVAR | cromolyn sodium, Zaditor |
| | | ORTHO EVRA | Generic oral contraceptive |
| | | ORTHO TRI-CYCLEN LO | Generic oral contraceptive |
| CARDENE SR | nifedipine er, felodipine er, Sular [ST] | OVIDREL | chorionic gonadotropin, Novarel |
| CARDIZEM LA | diltiazem er | OXYTROL | oxybutynin, Ditropan XL* |
| CAVERJECT | Edex, Levitra | PATANOL | cromolyn sodium, Zaditor |
| CEDAX | amox tr/potassium clavulanate | PAXIL, CR | paroxetine, citalopram, fluoxetine (daily) |
| CELEXA | citalopram | PEG-INTRON, REDIPEN | Pegasys |
| CENESTIN | Menest | PLEXION, SCT, TS | sulfacetamide sodium/sulfur sublimed |
| CETROTIDE | Ganirelix Acetate | PRAVACHOL | pravastatin |
| CIALIS | Levitra | PRECISION QID, PCX, SOF-TACT | Ascensia/Glucometer |
| CIPRO XR | ciprofloxacin, ofloxacin, Avelox | | |
| CLARINEX,-D | loratadine,-d | PREFEST | Activella, Prempro/Premphase |
| CLIMARA | estradiol tds | PREMARIN | Menest |
| CLIMARA PRO | Estradiol patch+Progestin | PREVACID | omeprazole |
| COLAZAL | Asacol, Pentasa | PRILOSEC | omeprazole |
| COMBIPATCH | Estradiol patch+Progestin | PROSCAR | finasteride |
| CONCERTA | methylphenidate, Metadate CD* | PROTONIX | omeprazole |
| COSOPT | brimonidine tartrate, Alphagan P, Trusopt | PROTROPIN | Saizen |
| COVERA-HS | verapamil er | PROZAC WEEKLY | fluoxetine (daily), citalopram, paroxetine |
| COZAAR | Benicar [ST], Diovan [ST] | QUIXIN | ciprofloxacin, ofloxacin, Zymar |
| DETROL, LA | oxybutynin, Ditropan XL* | RELENZA | rimantadine, Tamiflu |
| DIDRONEL | Actonel | RELPAX | Imitrex*, Zomig/ZMT |
| DIFFERIN | tretinoin | RESTORIL | temazepam |
| DIOVAN HCT | Benicar [ST] + hctz, Diovan [ST] + hctz | RETIN-A MICRO, liquid | tretinoin |
| DIPENTUM | Asacol, Pentasa | RHINOCORT AQUA | fluticasone nasal spray, Nasonex |
| DURAGESIC (excl 12mcg/hr) | fentanyl citrate | RISPERDAL M-TAB | Risperdal (non M-tabs) |
| DYNACIRC, CR | nifedipine er, felodipine er, Sular [ST] | RITALIN LA | methylphenidate, Metadate CD* |
| EFFEXOR | venlafaxine | ROZEREM | Sonata |
| EFFEXOR XR | Cymbalta [SNRI] [ST] | RYNATAN | Generic antihistamine/decongestants |
| ELESTAT | cromolyn sodium, Zaditor | SANCTURA | oxybutynin, Ditropan XL* |
| ELIDEL | Protopic [ST] | SEREVENT DISKUS | Foradil |
| EMADINE | cromolyn sodium, Zaditor | SKELID | Actonel |
| ENABLEX | oxybutynin, Ditropan XL* | SPORANOX cap, kit | itraconazole |
| ENJUVIA | Menest | STARLIX | Prandin |
| EPOGEN | Aranesp, Procrit | SUPRAX | amox tr/potassium clavulanate |
| ESTRADERM | Generic estradiol patches | SYNVISC | supartz, Euflexxa |
| ESTRASORB | Generic estradiol patches | TARKA | verapamil+ generic ACE Inhibitor |
| ESTRATEST, H.S. | syntest d.s., h.s. | TEVETEN | Benicar [ST], Diovan [ST] |
| ESTROGEL | Generic estradiol patches | TEVETEN HCT | Benicar [ST] + hctz, Diovan [ST] + hctz |
| FACTIVE | ciprofloxacin, Avelox | TEV-TROPIN | Saizen |
| FAMVIR | acyclovir | TOBRADEX | Zylet |
| FemHRT | Activella, Prempro/Premphase | TRAVATAN | Lumigan, Xalatan |
| FEMTRACE | Menest | TRICOR | gemfibrozil, Triglide |
| FERTINEX | Bravelle | UNIRETIC | benazepril/hctz, enalapril/hctz, fosinopril/hctz, lisinopril/hctz, quinaretic |
| FLOMAX | Uroxatral | | |
| FLONASE | fluticasone nasal spray | VALTREX | acyclovir |
| FLOVENT, HFA | Pulmicort, Qvar | VERELAN PM | verapamil er |
| FOCALIN, XR | methylphenidate, Metadate CD* | VESICARE | oxybutynin, Ditropan XL* |
| FOLLISTIM AQ | Bravelle | VIAGRA | Levitra |
| FOSAMAX | Actonel | VIGAMOX | ciprofloxacin, Zymar |
| FOSRENOL | Phoslo, Renagel | VIVELLE, DOT | Generic estradiol patches |
| FREESTYLE | Ascensia/Glucometer | WELLBUTRIN SR, XL | bupropion sr |
| FROVA | Imitrex*, Zomig/ZMT | XIBROM | Voltaren Ophthalmic |
| GENOTROPIN | Saizen | XOPENEX | Generic albuterol |
| GEODON | Abilify regular tabs, Risperdal (non M-tabs), Seroquel, Zyprexa (non-Zydis) | XOPENEX HFA | Proair HFA, Proventil HFA, Ventolin HFA |
| | | ZEGERID | omeprazole |
| GONAL-F, RFF | Bravelle | ZOCOR | simvastatin |
| HUMALOG cartridge, pen, syringe | Novolog vial | ZOLOFT | sertraline |
| | | ZYPREXA ZYDIS | Zyprexa (non-Zydis) |
| HUMATROPE | Saizen | ZYRTEC,-D | loratadine,-d |
| HUMULIN cartridge, pen, syringe | Novolin vial | | |

**KEY**
The symbol [G] next to a drug name indicates that a generic is available for at least one or more strengths of the brand-name medication.
The symbol [INJ] next to a drug name indicates that the drug is available in injectable form only.
The symbol [SNRI] stands for Serotonin-Norepinephrine Reuptake Inhibitor.
The symbol [ST] next to a drug name indicates that Step Therapy may apply to some or all strengths of the drug.
**For the member:** Generic medications contain the same active ingredients as their corresponding brand-name medications, although they may look different in color or shape. They have been FDA-approved under strict standards.
**For the physician:** Please prescribe preferred products and allow generic substitutions when medically appropriate. Thank you.
Brand-name drugs are listed in CAPITAL letters.
Generic drugs are listed in lower case letters.

---

**THIS DOCUMENT LIST IS EFFECTIVE JAN. 1, 2007 THROUGH DEC. 31, 2007. THIS LIST IS SUBJECT TO CHANGE.**
The symbol [G] next to a drug name signifies that a generic is available for one or more strengths of the brand-name medication. Most generics are available at the lowest copayment.
You can get more information and updates to this document at our web site at www.express-scripts.com.

© 2007 Express Scripts, Inc.
All Rights Reserved

PRMT22782-07 (10/01/06)





- Plan Profiles
- Pharmacy Services
- Provider Directory
- Health Information
- What's New
- Community
- Testimonials
- Media
- DAS
- Notice of Privacy Practices
- Express Scripts (ESI)
- Agent Listing
- Heartline Plus
- MedPlus
- Newsroom

**Business Profile**
BACK

## Business Profile

**Corporate Name:**
South Dakota State Medical Holding Company, Inc.

Incorporated as South Dakota Physicians Health Group in March 1985

**Subsidiary Companies:**
DAKOTACARE Administrative Services, Inc. (100% owned)
DAKOTACARE Insurance, Ltd. (100% owned)
DAKOTACARE began in 1986 as South Dakota's largest and only statewide HMO.

DAKOTACARE and its subsidiaries employ approximately 130 persons in its home office in Sioux Falls and branch office in Webster, SD.

DAKOTACARE's statewide presence is emphasized through over 80 sales agents in 34 sales offices in 20 South Dakota communities.

DAKOTACARE and its subsidiaries have over $34 million in total statutory assets and statutory net worth of over $19 million, with annual combined revenues in excess of $90 million.

DAKOTACARE and its subsidiaries serve over 110,000 members in South Dakota and across the nation. DAKOTACARE and its subsidiaries maintain an HMO license in South Dakota and Third Party Administrator licenses in 10 states.

All DAKOTACARE's healthcare products include access to the only comprehensive statewide provider network that contains over 2,500 medical providers. This network includes over 98% of the state's physicians, all its hospitals and over 98% of its pharmacies. It also includes many other types of providers such as psychologists, chiropractors, optometrists, surgical centers, DME and home health suppliers, treatment centers, to note a few. DAKOTACARE also contracts with several other national and regional health networks offering access to 420,000 providers, over 5,000 facilities and more than 57,000 pharmacies nationwide.

### Disease Management
- Prenatal Partners
- Taking Care
- Integrated Diabetes Cares
- Heartline
- Asthma Care

### Voluntary Markets
- Cancer *
- Supplemental Life*
- Critical Illness*
- Life*
- Accident*
- Long Term Care*

*Insurance coverage underwritten by carrier other than DAKOTACARE

© 2007 DAKOTACARE -- All Rights Reserved



*Corporation Information System* - Chris Nelson, Secretary of State - Chad Heinrich, De

Back

# Corporations Division

| | |
|---|---|
| **Org ID Number** | **Incorporation/ Qualification Date** |
| DB027348 | 05/05/1988 |
| **Corporation Name** | **Home State** |
| SOUTH DAKOTA STATE MEDICAL HOLDING COMPANY, INCORPORATED | SD |
| **Registered Agent Name** | **Registered Office Address** |
| C T CORPORATION SYSTEM | 319 SOUTH COTEAU STREET |
| **Registered Office City** | **Registered Office State and Zip Code** |
| PIERRE | SD 57501 |

**Directors**

KRAFKA, THOMAS MD
REYNOLDS, JAMES M.D.
STERNQUIST, JOHN MD

**Officers**

ENGELBRECHT, JAMES MD
KRAFKA, THOMAS MD
STERNQUIST, JOHN MD

If there is a question or problem with this information displayed, please contact our corporate division at 605-773-4845.

This data is updated Sunday thru Thursday after 11:00 PM.

 

# Exhibit "D"

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

------------------------------------------------------------X
CENTRAL PENNSYLVANIA TEAMSTERS : 
HEALTH WELFARE and PENSION FUND, : 
Individually and on behalf of all others similarly : 
situated, : 
 : Civil Action No. _____
 Plaintiffs, : 
 : **DECLARATION OF**
 : **SANDRA MORGAN**
 v. : 
 : 
PFIZER INC. and PHARMACIA CORPORATION, : 
 : 
 Defendants. : 
 : 
------------------------------------------------------------X

STATE OF NEW YORK    )
                     ) ss:
COUNTY OF NEW YORK   )

I, Sandra Morgan, being of full age hereby declare:

1. I have been employed by Defendant Pfizer Inc. ("Pfizer") since 2000 and I am currently the East Area Vice President for Account Management within the Managed Markets group. Prior to my current position, from 2003-2005, I was Senior Director for National Accounts. The following statements are within my personal knowledge and, if sworn as a witness, I could and would testify competently thereto.

2. Paragraph 45 of the complaint filed in the above-captioned action on April 5, 2007, seeks relief on behalf of "[a]ll Third-party payors in the United States of America, who have paid any person or entity for the purchase of the prescription drugs Bextra and Celebrex since 1999" and defines "Third-party payors" as "any non-governmental entity that is (i) a party to a contract, issuer of a policy, or sponsor of a plan, which contract, policy, or plan provides

-2-

prescription drug coverage to natural persons, and is also (ii) at risk, pursuant to such contract, policy, or plan, to purchase or pay for all or part of the cost of prescription drugs dispensed to natural persons covered by such contract, policy, or plan."

3. Based on that definition of "Third-party payors," there are well in excess of 100 "Third-party payors" in the United States who have made payments with respect to all or part of the cost of Celebrex and/or Bextra pursuant to health plans providing for prescription drug coverage since 1999.

4. "Third-party payors," as defined in the aforementioned complaint, located in New Jersey have made payments with respect to Celebrex and/or Bextra totaling significantly more than $5 million since 1999.

5. "Third-party payors," as defined in the aforementioned complaint, located throughout the United States have made payments with respect to Celebrex and/or Bextra totaling significantly more than $100 million since 1999.

I declare under penalty of perjury that the foregoing is true and correct. Executed on May 3, 2007.

*Sandra Morgan*
Sandra Morgan