# UNITED STATES DISTRICT COURT FOR THE
# DISTRICT OF NEW JERSEY

NORRIS, McLAUGHLIN & MARCUS, PA
721 Route 202-206
P.O. Box 1018
Somerville, NJ 08876-1018
(908) 722-0700
Attorneys for Defendants, Pfizer Inc. and Pharmacia Corporation

| | |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE and PENSION FUND, Individually and on behalf of all others similarly situated       : <br> : <br> : <br> : <br> : <br> Plaintiffs,     : <br> : <br> v.     : <br> : <br> PFIZER, INC. and PHARMACIA CORP.,     : <br> : <br> : <br> : <br> Defendants.     : <br> : | CIVIL ACTION No. _____ <br><br> Electronically Filed <br><br> **F.R.C.P. 7.1 STATEMENT** |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendants, Pharmacia Corporation and Pfizer Inc., hereby states that Pharmacia Corporation is a wholly-owned subsidiary of the publicly traded Pfizer Inc., which has no publicly traded shareholder with 10 per cent or more of its shares.

NORRIS, McLAUGHLIN & MARCUS, P.A.
Attorneys for Defendants, Pfizer Inc. and
Pharmacia Corporation

By: _____
Steven A. Karg (SK5003)

Dated: May 4, 2007