# NORRIS MCLAUGHLIN & MARCUS, PA
## ATTORNEYS AT LAW

P.O. BOX 1018
SOMERVILLE, NJ 08876-1018
(908) 722-0700
FAX: (908) 722-0755
WWW.NMMLAW.COM

HAND DELIVERY
721 ROUTE 202-206
BRIDGEWATER, NJ 08807

NEW YORK OFFICE
875 THIRD AVENUE
18th FLOOR
NEW YORK, NY 10022

MERITAS LAW FIRMS WORLDWIDE

May 4, 2007

Via Messenger Service

Atlantic County Clerk
Superior Court of New Jersey
Civil Courthouse
1201 Bacharach Boulevard
Atlantic City, New Jersey 08401

Re:  CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE and
PENSION FUND, Individually and on behalf of all others similarly
situated v. Pfizer Inc. et al.
Docket No. L-ATL-L-1124-07MT
Case Code Number: 272
BEXTRA/CELEBREX LITIGATION

Dear Sir or Madam:

This firm represents Pfizer Inc. and Pharmacia Corporation in the above matter. Enclosed please find an original and two copies of a Notice to Clerk of Superior Court of Filing of Notice of Removal. Please file the Notice and return a filed copy to our messenger. Please charge our Superior Court Depository Account #0075475 for your fees.

Very truly yours,

NORRIS, McLAUGHLIN & MARCUS, PA

STEVEN A. KARG

SAK:bch
Enclosures
cc: Michael A. Ferrara, Jr., Esq. (via messenger and U.S. Mail)
    Robert T. Dassow, Esq. (via Facsimile and U.S. Mail)
    C. David Ewing, Esq. (via Facsimile and U.S. Mail)
    Gary F. Franke, Esq. (via Facsimile and U.S. Mail)
    Office of the Attorney General of New Jersey (via messenger and U.S. Mail)

Norris McLaughlin & Marcus, PA

May 4, 2007
Page 2


bcc: Gerald J. Corcoran, Esq.
Sara J. Gourley, Esq.
Rebecca K. Wood, Esq.
Sherry A. Knutson, Esq.