CLOSED, RULE16, STAYED

# U.S. District Court
## District of New Jersey [LIVE] (Camden)
## CIVIL DOCKET FOR CASE #: 1:07-cv-02109-JHR-JS
## Internal Use Only

| | |
|---|---|
| CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE AND PENSION FUND v. PFIZER et al<br>Assigned to: Judge Joseph H. Rodriguez<br>Referred to: Magistrate Judge Joel Schneider<br>Case in other court: ATLANTIC COUNTY SUPERIOR COURT, ATL L 1124 07<br>Cause: 28:1441 Petition for Removal- Fraud | Date Filed: 05/04/2007<br>Date Terminated: 06/08/2007<br>Jury Demand: Plaintiff<br>Nature of Suit: 370 Fraud or Truth-In-Lending<br>Jurisdiction: Diversity |

### Plaintiff

**CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE AND PENSION FUND**
*Individually and on Behalf of all others similarly situated*

represented by **MICHAEL A. FERRARA, JR.**
THE FERRARA LAW FIRM
601 LONGWOOD AVENUE
CHERRY HILL, NJ 08002
(856) 779-9500
Email: mferrara@ferraralawfirm.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

### Defendant

**PFIZER, INC.**

represented by **STEVEN A. KARG**
NORRIS, MCLAUGHLIN & MARCUS, PA
721 ROUTE 202-206

I HEREBY CERTIFY that the above and foregoing is a true and correct copy of the original on file in my office.
UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
WILLIAM T. WALSH, CLERK
By: [signature]
Deputy Clerk

              PO BOX 1018
              SOMERVILLE, NJ
              08876-1018
              (908) 722-0700
              Email: sakarg@nmmlaw.com
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

**Defendant**

**PHARMACIA CORP.**  represented by **STEVEN A. KARG**
              (See above for address)
              *LEAD ATTORNEY*
              *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 05/04/2007 | 2 | NOTICE OF REMOVAL by INC. PFIZER, PHARMACIA CORP. from ATLANTIC COUNTY SUPERIOR COURT with the following state court proceedings annexed: a)complaint, etc., case number ATL L 1124 07. ( Filing fee $ 350 receipt number 1467082) (Attachments: # 1 Exhibit A# 2 Exhibit B-D# 3 Exhibit E PART 1# 4 Exhibit E PART 2# 5 Exhibit E PART 3# 6 Declaration # 7 Rule 7.1 Statement# 8 Civil Cover Sheet # 9 Notice of Filing# 10 Letter)(TH, ) (Entered: 05/09/2007) |
| 05/09/2007 | 1 | Application and Proposed Order for Clerk's Order to extend time to answer Attorney STEVEN A. KARG and STEVEN A. KARG for INC. PFIZER and PHARMACIA CORP. added. (KARG, STEVEN) (Entered: 05/09/2007) |
| 05/09/2007 | 3 | ORDER Initial Conference set for 6/6/2007 2:00 PM before Magistrate Judge Joel Schneider.. Signed by Judge Joel Schneider on 5/9/2007. (TH, ) (Entered: 05/09/2007) |
| 05/10/2007 |  | CLERK'S TEXT ORDER-The Application for a |

| | | |
|---|---|---|
| | | Clerk's Order Extending Time to Answer, document number 1, submitted by S. KARG on 5/9/07 has been GRANTED. The answer due date has been set for 5/29/07. (sb) (Entered: 05/10/2007) |
| 05/21/2007 | 4 | ORDER STAYING DISCOVERY PENDING TRANSFER TO MDL 1699. Signed by Judge Joel Schneider on 5/21/07. (sb) (Entered: 05/21/2007) |
| 05/21/2007 | 5 | ORDER extending time to answer the complaint pending transfer to MDL 1699. Signed by Judge Joel Schneider on 5/21/07. (sb) (Entered: 05/21/2007) |
| 05/22/2007 | 6 | First MOTION to Remand *Case to the Superior Court of New Jersey* by CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE AND PENSION FUND. (FERRARA, MICHAEL) (Entered: 05/22/2007) |
| 05/23/2007 | | Setting Deadlines as to 6 First MOTION to Remand *Case to the Superior Court of New Jersey*. Motion returnable date set for 6/15/2007 before Judge Joseph H. Rodriguez. PLEASE BE ADVISED THAT THIS MOTION WILL BE DECIDED ON THE PAPERS UNLESS OTHERWISE NOTIFIED BY THE COURT. (sb) (Entered: 05/23/2007) |
| 05/25/2007 | 7 | Rule 7.1 Letter for extension of return date re 6 First MOTION to Remand *Case to the Superior Court of New Jersey* filed by PFIZER, INC., PHARMACIA CORP.. (KARG, STEVEN) (Entered: 05/25/2007) |
| 05/25/2007 | 8 | AFFIDAVIT of Robert T. Dassow, Esquire re 6 First MOTION to Remand *Case to the Superior Court of New Jersey filed* by CENTRAL PENNSYLVANIA TEAMSTERS HEALTH WELFARE AND PENSION FUND. (FERRARA, MICHAEL) (Entered: 05/25/2007) |
| 06/08/2007 | 9 | Order of MDL Panel transferring case to the District of Northern District of California. (sb) (Entered: 06/08/2007) |